[No. 19764-2-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. AVERY M. WORTHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01905-0, Waldo F. Stone, J., entered July 14, 1995. *Reversed* by unpublished per curiam opinion.

[No. 19907-6-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO PEREZ-CERVANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-05214-6, Frederick W. Fleming, J., entered August 14, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 19908-4-II.    Division Two.    May 23, 1997.]

KRISTINE M. JOHNSON, *Respondent*, v. KENNETH J. WAGENBLAST, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-01907-0, Sergio Armijo, J., entered September 8, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 19975-1-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMAYO LINO ARROCHE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02881-2, Sergio Armijo, J., entered September 7, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.